UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TAMIR BLAIR, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.                                         CASE NO.: 2:22-cv-00102-NPM

FIRST CLASS APPLIANCE DELIVERY LLC,
a Florida Limited Liability Company and
SANGSTER, JAMIE, individually,

    Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, TAMIR BLAIR, and Defendants, FIRST CLASS APPLIANCE DELIVERY, LLC and SANGSTER, JAMIE (collectively, the "Parties"), by and through their undersigned counsel, pursuant to Local Rule 3.09, hereby notify this Court that the Parties have reached a full resolution in this case.[1] The Parties are in the process of finalizing the settlement documents, and anticipate filing the appropriate stipulation for dismissal with prejudice with the Court within the next ten (10) days.

---

[1] The Parties' resolution resolves the claims of each plaintiff: Tamir Blair (named plaintiff); Jason Blair (consent to join filed February 17, 2022 [Doc. 6]); and Mario Molina (consent to join filed May 16, 2022 [Doc. 18]).

Respectfully submitted this 16th day of January, 2023.

| | |
|---|---|
| */s/ Noah E. Storch* | */s/ Suzanne M. Boy* |
| Noah E. Storch, Esq. | Suzanne M. Boy, Esq. |
| Florida Bar Number: 0085476 | Florida Bar No. 0035400 |
| RICHARD CELLER LEGAL, P.A. | BOY AGNEW POTANOVIC MILLER |
| 10368 W. State Rd 84, Suite 103 | 23 Barkley Circle |
| Davie, Florida 33324 | Fort Myers, Florida 33907 |
| Telephone: 866-344-9243 | Telephone: 239-208-6515 |
| Facsimile: 954-337-2771 | Facsimile: 239-208-6511 |
| Email: noah@floridaovertimelawyer.com | Email: suzanne@bapfirm.com |
| Trial Attorneys for Plaintiff | Trial Attorneys for Defendants |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 16, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Noah E. Storch, Esq., Richard Celler Legal, P.A., 10368 West State Road 84, Suite 103, Davie, FL, 33324.

> BOY AGNEW POTANOVIC MILLER, PLLC
> Trial Attorneys for Defendants
> 4415 Metro Parkway, Suite 110
> Fort Myers, Florida 33916
> 239.208.6500 (telephone)
> 239.208.6511 (facsimile)
> Primary email: suzanne@bapfirm.com
> Primary email: kati@bapfirm.com
> Secondary email: service@bapfirm.com
>
> By: */s/Suzanne M. Boy*
> Suzanne M. Boy (Lead Counsel)
> Florida Bar No. 35400
> Katherine E. Cook
> Florida Bar No. 1018517